# First District Court of Appeal
## State of Florida

_____

No. 1D18-3021
_____

WALT DISNEY PARKS AND
RESORTS U.S., INC. and WALT
DISNEY PARKS AND RESORTS
U.S., INC., WORKERS'
COMPENSATION DEPARTMENT,

 Appellants,

 v.

ALTHEA BENNETT,

 Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident:  March 23, 1991.

April 8, 2019

PER CURIAM.

 AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

William H. Rogner of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellants.

Bill McCabe of William J. McCabe, P.A., Longwood, and Faith O. Horning-Keating, Orlando, for Appellee.